

# Fourth Court of Appeals
## San Antonio, Texas

January 2, 2019

No. 04-18-00914-CV

**IN RE** Allison **NAIL** a/k/a Allie Nail

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

Relator filed a motion to dismiss her petition for writ of mandamus. We grant the motion and dismiss the petition for writ of mandamus. This court's opinion will issue at a later date.

It is so **ORDERED** on January 2, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of January, 2019.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI16905, styled *Nicholas Ortega and Demi Ortega f/k/a Demi Myler v. Allison Nail a/k/a Allie Nail*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Michael E. Mery presiding.